# United States Bankruptcy Court

## District of Vermont

In re:

David E Johnson (other names used by debtor: Johnson and Family General Contracting and Service)
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–1339

Amanda M Johnson (other names used by debtor: Amanda Gooding–Caplinger)
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–0004
Debtor.

Case Number: 23–10003 hzc
Chapter: 7

**Filed & Entered On Docket January 9, 2023**

## NOTICE TO FILE CLAIMS

A Petition for Relief under Chapter 7 of Title 11, United States Code, was filed by the above–named Debtor on January 3, 2023

NOTICE IS HEREBY GIVEN THAT:

1. On or before the deadlines listed below, all creditors of the above–named Debtor are required to file their claims pursuant to Rule 3002 in order to particpate in the distribution of funds available.

**Deadline to File a Proof of Claim**

**For All Creditors (except a governmental unit): March 20, 2023**

**For a Governmental Unit: April 10, 2023**

2. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office or at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx).
Return completed form(s) to:

U.S. Bankruptcy Court
Attn: Claim Form
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402–1663

Dated: January 9, 2023

For the Court

Jeffrey S. Eaton
Clerk of Court

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402–1663

Tel. (844) 644–7459
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 133 –